**Karen Sue SEYER, Movant/Appellant,**

**v.**

**Herbert Joseph SEYER, Respondent/Respondent.**

**No. 68463.**

Missouri Court of Appeals, Eastern District, Southern Division.

May 14, 1996.

Terry R. Rottler, Ste. Genevieve, for appellant.

Malcolm H. Montgomery, Cape Girardeau, for respondent.

Before GRIMM, P.J., and AHRENS and DOWD, JJ.

PER CURIAM.

Wife appeals from the trial court's modification of child support. Wife's two points allege the trial court's judgment erroneously applies the law and is against the weight of the evidence. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).